# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STEPHANIE JOLLA ADAMS,
DELVIN M. ADAMS, DORIAN M.
ADAMS, LEIF T. ADAMS, II,
AND KHALILAH LIGHTNER

VERSUS

EAST BATON ROUGE PARISH AND
THE CITY PARISH GOVERNMENT
OF EAST BATON ROUGE,
LOUISIANA AND EAST BATON
ROUGE PARISH COMMUNICATION
DISTRICT

NO. 2022 CW 0008

APRIL 22, 2022

---

In Re:  East Baton Rouge Parish Communications District,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. C-648955.

---

**BEFORE: WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT NOT CONSIDERED.** The writ application does not include a copy of pertinent court minutes. <u>See</u> Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(10).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before May 23, 2022 and must contain a copy of this ruling.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.Smd_

DEPUTY CLERK OF COURT
FOR THE COURT